IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gregory B. Smith,<br><br>Plaintiff,<br><br>v.<br><br>Michael Brown, Chris Neal, M. Matusiewicz, Capt. Patt,<br><br>Defendants. | Case No. 6:26-cv-02267-SAC<br><br>**OPINION AND ORDER** |

Plaintiff, proceeding *pro* se, brought this action seeking damages pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings.

In signing the Complaint, Plaintiff acknowledged that he was responsible for notifying the Clerk in writing of any change of address and that failure to keep his address updated with the Court may lead to dismissal of the case. ECF No. 1 at 18. By Order filed on July 15, 2026, Plaintiff was informed that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 11. Plaintiff was informed that failure to bring the case into proper form would subject the complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1. The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 2. Plaintiff did not respond to the Order, so on August 14, 2026, Plaintiff was informed for a second time that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 15. Plaintiff was informed for a second time that his failure to bring the case into

proper form would subject his complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1. The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 2-3. On August 25, 2026, the Second Proper Form Order was returned as undeliverable mail and marked "inmate refused mail". ECF No. 17. Plaintiff has not complied with the July 15, 2026, or August 14, 2026, Orders and the time to respond has now passed.

Plaintiff has failed to prosecute this case and has failed to comply with Orders of this Court. Accordingly, the case is dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

United States District Judge

September 3, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.